RODERICK L. MacKENZIE        SBN 85806
MacKENZIE & BRODY
1107 Second Street, Suite 330
Sacramento, California 95814
Telephone:    (916) 448-6436
Facsimile:    (916) 446-3433

Attorney for Plaintiffs WALTER and
DRUSCILLA COVINGTON, WAID COVINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER COVINGTON, DRUSCILLA COVINGTON, as parents and Guardians ad litem of student WAID COVINGTON,<br><br>               Plaintiffs,<br>    vs.<br><br>YUBA CITY UNIFIED SCHOOL DISTRICT,<br><br>               Defendant.<br>_____ | CASE NO.  2:07-CV-01811-MCE-KJM<br><br>ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM AND FOR APPROVAL OF CONTRACTUAL ARRANGEMENT WITH ATTORNEY |

The Application of WALTER and DRUSCILLA COVINGTON for the appointment WALTER and DRUSCILLA COVEINGTON as guardian ad litem of WAID COVINGTON, a minor and for approval of contractual arrangement with attorney at law Roderick L. MacKenzie to prosecute the above-entitled action on behalf of the minor was considered by the court on this date.  Plaintiffs appeared by counsel Roderick L. MacKenzie.

On proof made to the satisfaction of the court, the court finds that the appointment is expedient.

IT IS ORDERED that the application of WALTER and DRUSCILLA COVINGTON be granted and WALTER and DRUSCILLA COVINGTON are appointed guardian ad litem of WAID COVINGTON, a minor, to prosecute the above-entitled action on behalf of WAID COVINGTON.

IT IS FURTHER ORDERED that Plaintiffs' contract with Roderick L. MacKenzie providing for fees in the amount of $250.00 an hour plus costs is approved by the court.

Dated: July 1, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE