UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

WALTER COVINGTON, DRUSCILLA COVINGTON, as parents and Guardians ad litem of student WAID COVINGTON,

       Plaintiffs,

  v.

YUBA CITY UNIFIED SCHOOL DISTRICT,

       Defendant.

No. 2:07-cv-01811-MCE-KJM

ORDER

----oo0oo----

Good cause having been shown, Defendant's Motion to Vacate OSC & Set Joint Status Conference (Docket No. 26) is GRANTED in part and DENIED in part.  The hearing on the Court's Order to Show Cause, currently scheduled at 2:00 p.m. on July 16, 2009, in Courtroom 7, is hereby vacated.  However, no Joint Status Conference will be scheduled at this time.

///

///

//

1

1  The Court will issue a Pretrial Scheduling Order within twenty
2  (20) days.
3       IT IS SO ORDERED.
4
   Dated: July 14, 2009

                            _____
                            MORRISON C. ENGLAND, JR.
                            UNITED STATES DISTRICT JUDGE