1  RODERICK L. MacKENZIE    SBN 85806
   MacKENZIE & BRODY
2  1107 Second Street, Suite 330
   Sacramento, California 95814
3  Telephone:  (916) 448-6436
   Facsimile:  (916) 446-3433
4
   Attorney for Plaintiffs: WALTER and DRUSCILLA COVINGTON, as parents and
5                Guardians ad litem of student WAID COVINGTON

6

7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 WALTER COVINGTON, DRUSCILLA  )   CASE NO.: 2:07-CV-01811-MCE-KJM
   COVINGTON, as parents and   )
12 Guardians ad litem of student WAID )   STIPULATION AND ORDER FOR LEAVE
   COVINGTON,                  )   OF COURT TO FILE CROSS SUMMARY
13              Plaintiffs,    )   JUDGMENT BRIEFS AND PROPOSED
       vs.                     )   BRIEFING SCHEDULE
14                             )
   YUBA CITY UNIFIED SCHOOL    )
15 DISTRICT,                   )
                               )
16              Defendant.     )
17 _____)

18      IT IS HEREBY STIPULATED by and between the parties hereto through their

19 respective attorneys of record as follows:

20      1.   That the parties are mutually desirous of reaching a stipulated briefing

21 schedule with respect to the filing cross-motions for summary judgment that the parties wish

22 to file in this case and to which process the court has previously consented;

23      2.   That the parties are requesting leave of the court to issue a briefing and

24 motion filing schedule pursuant to this stipulation, subject to the court's approval;

25      3.   That both parties have schedule conflicts such that they are requesting the

26 proposed briefing schedule;

27      4.   That both parties are agreeable to initial filing of motions for summary

28 judgment during the last two weeks of September, 2010 (September 13 to October 1, 2010,

1  withe the dates for filing responsive papers and documents and the setting of the hearing
2  on the motions as per local rule of court.
3      IT IS SO STIPULATED.
4  Dated: June 28, 2010          ATKINSON, ANDELSON, LOYA, RUUD & ROMO

7      By: */s/ Peter W. Sturges*
        PETER STURGES, Attorney for Defendant
9  Dated: June 28, 2010          MacKENZIE & BRODY

11     By: */s/ Roderick L. MacKenzie*
        RODERICK L. MacKENZIE, Attorney for Plaintiff

### ORDER

16     Leave of Court is granted to allow the parties to proceed by way of cross motions for
17 summary judgment.  Parties initial filing of motions for summary judgment and cross-
18 motions for summary judgment shall occur no later than October 1, 2010.  All other
19 opposition and reply briefs shall be filed pursuant to local rule of court.  The remainder of
20 the court's scheduling order shall remain in full force and effect. Any objections to said
21 scheduling order must be filed not more than seven (7) days after this Order is electronically
22 filed or all objections will be waived.
23     IT IS SO ORDERED.
24 Dated: July 12, 2010

        MORRISON C. ENGLAND, JR
        UNITED STATES DISTRICT JUDGE