UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

WALTER COVINGTON, DRUSCILLA COVINGTON, as parents and Guardians ad Litem of student WAID COVINGTON,

        Plaintiffs,

    v.

YUBA CITY UNIFIED SCHOOL DISTRICT,

        Defendant.

No. 2:07-cv-01811-MCE-KJM

**ORDER**

----oo0oo----

In this IDEA appeal, Plaintiffs challenge a decision by the assigned Administrative Law Judge which upheld Defendant's refusal to provide reimbursement for educational expenses incurred by Plaintiffs when they decided to send their son to a private, non-secular school in Tennessee. Plaintiffs' Complaint was filed more than three years ago, on September 4, 2007, in the wake of the ALJ's adverse June 4, 2007 decision.

///

1

1    Presently before the Court is Plaintiffs' Motion to
2 Introduce Additional Evidence pursuant to 20 U.S.C.
3 § 1415(i)(2)(C)(ii).  Plaintiffs urge the Court to hear
4 additional evidence from two individuals in Tennessee before it
5 renders any decision on the pending cross-motions for summary
6 judgment in this matter, which were set for hearing on
7 November 18, 2010 and submitted without oral argument by Minute
8 Order dated November 15, 2010.
9    Despite Section 1415's directive that the court hear
10 additional evidence in an IDEA appeal like this one, a party
11 seeking to introduce such evidence at the district court level
12 must still provide "some solid justification" for failing to do
13 so earlier.  See Indep. Sch. Dist. No. 283 v. S.D. by J.D.,
14 88 F.3d 556, 560 (8th Cir. 1996) (citing Roland M v. Concord Sch.
15 Comm., 910 F.2d 983, 996 (1st Cir. 1990).
16    Plaintiffs' Motion fails.  First, as recognized by
17 Plaintiffs' counsel himself in his own Status Report provided to
18 the Court on June 12, 2009 (ECF No. 21-1, 2:28-3:5), the parties
19 themselves contemplated that this matter be resolved through the
20 cross-motions for summary judgment now awaiting decision.
21 Although Plaintiffs' counsel specifically alluded in the Status
22 Report to the need for additional evidence prior to summary
23 judgment, he never took steps to present that evidence before the
24 present last-ditch effort instituted a year-and-a-half later
25 after briefing on the motions had concluded and the matter was
26 submitted.
27 ///
28 ///

2

1 Additionally, when the parties stipulated to a briefing schedule
2 for hearing the matter on summary judgment in June of 2010,
3 Plaintiffs' counsel failed to raise the issue of any additional
4 evidence being needed before the motions were heard.
5 His attempt to do so now, when the motions have been fully
6 briefed and are ready for decision, is clearly untimely.

7 　　　Second, Plaintiffs' counsel has provided no convincing
8 rationale as to why the evidence could not have been presented at
9 the time of the administrative hearing.  While he states that the
10 two individuals were unavailable to come to California at that
11 time, he does not rebut the defense contention that the witnesses
12 could have testified by telephone, as customarily occurs in
13 matters of this nature.

14 　　　Plaintiff's Motion to Introduce Additional Evidence (ECF
15 No. 63) is accordingly DENIED.[1]

16 　　　IT IS SO ORDERED.

Dated: December 14, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument was not of material assistance, this Motion was deemed suitable for decision without oral argument. E.D. Cal. Local Rule 230(g).